PROB 12B
(04/08)

June 19, 2008

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUN 25 PM 1:08

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Jesus Fernando LUJAN-Brambila (English)    **Dkt No.:** 08-CR-7005-001-IEG

**Name of Sentencing Judicial Officer:** Cranston J. Mitchell and Edward F. Reilly Jr., U.S. Parole Commissioners. (Originally sentenced by the 11th District Court in Tijuana, B.C. Mexico.) Upon 18 U.S.C. § 4106A, Transfer Treaty to the Southern District of California, case assigned to The Honorable Irma E. Gonzalez, Chief U.S. District Judge

**Sentence:** 31 months custody; 2 years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Original Offense:** 21 U.S.C. § 841(a) and (b)(1)(B), Possession With Intent to Distribute a Controlled Substance, (most analogous to the Mexican charge of Transportation of Marijuana.)

**U.S. Parole Commission Determination:** On December 18, 2007, the 10 year custodial sentence imposed by the Mexican court was reduced to 31 months custody, followed by 2 years supervised release.

**Date of Sentence:** August 28, 2006    **Date Supervised Release Commenced:** January 17, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

You shall submit to a search of your person, property, residence, or automobile under your control by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

## CAUSE

On March 28, 2008, Mr. Lujan-Brambila was allowed to relocate to the District of Nevada (Las Vegas), where his mother resides. The District of Nevada is requesting a special condition requiring the offender to submit to a search to ensure compliance with all conditions of supervised release. Mr. Lujan-Brambila has signed the attached Waiver of Hearing (Form 49) agreeing to the modification of supervised release. Therefore, the undersigned is recommending that supervised release be modified to include the special condition that the offender submit to a search of person, property, residence, abode or vehicle by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant.

PROB 12B

Name of Offender: Jesus Fernando LUJAN-Brambila                     June 19, 2008
Docket No.: 08-CR-7005-001-IEG                                                  Page 2

---

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** June 19, 2008

Respectfully submitted:                          Reviewed and approved:

by _____                 _____
Janice Rogers-Archie                             Mary M. Murphy
United States Probation Officer                  Supervising U.S. Probation Officer
(619) 409-5114

Attachments

---

### THE COURT ORDERS:

__X__  The Modification of Conditions as Noted Above

_____  Other _____

_____                    _____6/25/08_____
The Honorable Irma E. Gonzalez                        Date
Chief U.S. District Judge

EOA